**State of Vermont**
**Superior Court—Environmental Division**

========================================================================
## E N T R Y   R E G A R D I N G   M O T I O N
========================================================================

**In re Losier Variance Application**                    **Docket No. 79-4-08 Vtec**
**(Appeal from ZBA decision)**

Title: Motion for Writ of Attachment (Filing No. 10)

Filed: April 6, 2011

Filed By: William P. Neylon, Attorney for Appellee Town of Maidstone

Response in Opposition filed on 5/9/11 by Oliver L. Twombly, Attorney for Appellants/Applicants John and Paulette Losier

___ Granted             _X_ Denied             ___ Other

For the same reasons as those contained in our Entry Oder issued today denying the Town of Maidstone's ("Town") motion to enforce judgment, we also **DENY** the Town's motion seeking a writ of attachment against the real property owned by John and Paulette Losier.

There is no pending matter before the Court in regards to which the Town is likely to "recover judgment." See V.R.C.P. 4.1(b)(2) (authorizing a court to approve a request for a writ of attachment upon finding "that there is a reasonable likelihood that the plaintiff will recover judgment"). Consequently, this motion can be **DENIED** without a hearing.

_____          _____August 1, 2011_____
            Thomas S. Durkin, Judge                                      Date

========================================================================
Date copies sent to: _____          Clerk's Initials _____

Copies sent to:

   Oliver L. Twombly, Attorney for Appellants/Applicants John and Paulette Losier

   William P. Neylon, Attorney for Appellee Town of Maidstone

   Interested Person Brenda J. Tilton

   Interested Person Norman A. Vashaw